D. Blair Clark (ISB #1367)
Jeffrey P. Kaufman (ISB #8022)
LAW OFFICE OF D. BLAIR CLARK, PLLC
1513 Tryell Lane, Suite 130
Boise, ID 83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
jeffrey@dbclarklaw.com
Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>DEAN MARVIN BORUP and<br>GAIL SPJUTE BORUP<br><br>Debtor. | Case No. 10-02943-JDP<br><br>Chapter 7 |

### STATEMENT OF NO OBJECTION AND DECLARATION OF COUNSEL IN SUPPORT OF MOTION

COME NOW the Debtors, by and through their attorney of record, and state as follows, under penalty of perjury:

1. On February 23, 2013, we filed and served docket 258, MOTION FOR DETERMINATION OF AMOUNT OF PRIORITY TAX CLAIM AND REQUIRING PAYMENT OF PRIORITY TAX CLAIM. Service was effected on both the Trustee and the Internal Revenue Service.

2. I have received no objection or response in any manner with respect thereto.

3. I was contacted by Julie A. Meyer with the IRS on February 25, 2013. Ms. Meyer's communication concluded by stating: "The Trustee offices here in Idaho are each familiar with the

**STATEMENT OF NO-OBJECTION AND DECLARATION - Page 1**
M:\MB\mbwork\Blair\Borup\Borup- Dean & Gail\Statement of No Objection.wpd

process of requesting verification of the IRS proof of claim before preparation of the final report. An amended proof of claim has already been prepared and submitted for filing to reflect the additional credit offsets and provide accurate tax, penalty and interest amounts to date. This amended proof of claim should be available on PACER within 24 hours. Continued pursuit of the motion you have already filed would be your prerogative."

4.  On February 26, 2013, the IRS filed Amended Claim No. 4, in which it asserted a Priority Claim of $13,278.79.

5.  The Trustee has not objected to the Motion orally or in writing, to the undersigned.

Dated this 14th day of April, 2013.

LAW OFFICES OF D. BLAIR CLARK PLLC

by_____/s/_____
D. Blair Clark

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2013, I caused to be served a true and correct copy of the foregoing by ECF, to the following:

Matthew Todd Christensen on behalf of Defendant Richard Crawforth
mtc@angstman.com,
mindy@angstman.com;mtcecf@gmail.com;laura@angstman.com;jamie@angstman.com

Shannon Marie Clark on behalf of Creditor Homeward Residential, Inc.
ecfid@rcolegal.com

Patrick John Geile on behalf of Debtor Dean Borup
pgeile@foleyfreeman.com, rboyle@foleyfreeman.com

Jeremy Gugino
gugino@cableone.net, id10@ecfcbis.com

**STATEMENT OF NO-OBJECTION AND DECLARATION - Page 2**
M:\MB\mbwork\Blair\Borup\Borup- Dean & Gail\Statement of No Objection.wpd

Trevor L Hart on behalf of Creditor Home Federal Bank
tlh@perrylawpc.com,
kmk@perrylawpc.com;mbp@perrylawpc.com;info@perrylawpc.com;tay@perrylawpc.com

Mary P Kimmel on behalf of Plaintiff US Trustee
ustp.region18.bs.ecf@usdoj.gov

Joseph M Meier on behalf of Defendant Principal Life Insurance Company
jmeier@cosholaw.com, jbean@cosholaw.com

Mark Bruce Moburg on behalf of Creditor JP Morgan Chase Bank, NA
ecfid@rcflegal.com

David Wayne Newman on behalf of Plaintiff US Trustee
ustp.region18.bs.ecf@usdoj.gov

Lance E Olsen on behalf of Creditor American Home Mortgage Servicing, Inc.
ecfid@rcflegal.com

Gavin Parkinson on behalf of Creditor Zions First National Bank
gtp@princeyeates.com, karens@princeyeates.com;lisa@princeyeates.com;docket@princeyeates.com

Matthew K Shriver on behalf of Defendant 1612 S. Penninger Drive Trust
mshriver@foleyfreeman.com, sdew@foleyfreeman.com;jwilson@foleyfreeman.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Brian Webb on behalf of Plaintiff Jeremy Gugino
brian@angstman.com

AND upon Julie A. Meyer, IRS, by electronic mail to julie.a.meyer@irs.gov


     __/s/_____
     D. Blair Clark


**STATEMENT OF NO-OBJECTION AND DECLARATION - Page 3**
M:\MB\mbwork\Blair\Borup\Borup- Dean & Gail\Statement of No Objection.wpd