# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>DEAN MARVIN BORUP and<br>GAIL SPJUTE BORUP<br><br>              Debtors. | Case No. 10-02943-JDP<br><br>Chapter 7 |

**ORDER GRANTING DEBTORS' MOTION FOR DETERMINATION OF AMOUNT OF PRIORITY TAX CLAIM AND REQUIRING PAYMENT OF PRIORITY TAX CLAIM**

DEBTORS HAVING MOVED the Court as follows to determine the nature and amount of Claim No. 4 filed by the Internal Revenue Service (IRS) and to require payment thereof by the Trustee as a priority claim;

AND IT APPEARING that the Internal Revenue Service (IRS) is a priority creditor as set out in Claim No. 4 as amended February 26, 2013, and that the amount thereof as per the said claim is $13,278.79;

AND Trustee having advised Debtors' counsel that he has on hand approximately $400,000.00

IT IS HEREBY ORDERED that the Trustee shall pay Claim No. 4 as Amended in the priority portion of $13,278.79.

//end of text//

Dated:  April 17, 2013

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by D. Blair Clark, for Debtor          APPROVED:


                                                  /S/_____
                                                  Jeremy Gugino, Trustee