Matthew T. Christensen
ANGSTMAN JOHNSON
3649 Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Christensen ISB: 7213

Special Counsel for Trustees

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 10-02943-JDP |
|---|---|
| DEAN MARVIN BORUP & GAIL SPJUTE BORUP, Debtors. | |
| In re: | Case No. 10-02944-TLM |
| KEITH STEWART BORUP & JUDITH ANN BORUP, Debtors. | |

**STATEMENT OF NO OBJECTION**

STATE OF IDAHO    )
                 ) ss.
COUNTY OF ADA    )

      JAMIE R. MILLER, being first duly sworn on oath as provided by law, states and represents to the Court as follows:

      1.    Affiant is employed by the law firm of Angstman Johnson, Counsel for the Trustee in this matter, Jeremy Gugino.

STATEMENT OF NO OBJECTION – PAGE 1
Matter: 6396-024

2. That on April 23, 2013, our office filed a Final Application for Allowance of Fees and Costs for Special Counsel (Docket No. 265 in Case No. 10-02943-JDP and Docket No. 234 in Case No. 10-02944-TLM) on behalf of the Trustees herein.

3. That upon such filing the CM/ECF registered participants were served by electronic means as more fully reflected on the Notice of Electronic Filing.

4. That on April 23, 2013, a Notice of Final Application for Allowance of Fees and Costs for Special Counsel was served on all parties on the mailing matrix by depositing the same in the United States mail with first-class postage prepaid as provided in the Certificate of Service for the Final Application.

5. That as of the date hereof no objection to the Application has been served upon the special counsel for the Trustees, and a review of the docket confirms that no objection has been filed with the Clerk of the Bankruptcy Court within the twenty-one (21) days provided in the Notice of Final Application.

6. A proposed Order Approving Final Application for Allowance of Fees and Costs for Special Counsel shall forthwith be lodged with the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 20th day of May, 2013.

                                                        /s/
                                                  Jamie R. Miller

SUBSCRIBED AND SWORN to before me 20th day of May, 2013.

                                             /s/ Susan Livingston
[SEAL]                              Notary Public for Idaho
                                        Commission Expires: 06/07/2015

STATEMENT OF NO OBJECTION – PAGE 2
Matter: 6396-024

DATED this 20th day of May, 2013.

/s/
Matthew T. Christensen
Special Counsel for Trustees

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system in two separate cases (Case Nos. 10-02943-JDP and 10-02944-TLM), which sent a Notice of Electronic Filing to the individual(s) so noted below.

*Electronic Notification*

| | |
|---|---|
| Patrick J. Geile | pgeile@foleyfreeman.com |
| Matthew K. Shriver | mshriver@foleyfreeman.com |
| Matthew T. Christensen | mtc@angstman.com |
| Michael C. McClure | mcm@angstman.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Richard E. Crawforth | trustee@richardcrawforth.com |
| Jeremy Gugino | gugino@cableone.net |

Others as reflected on the Court's CM/ECF notice in each separate bankruptcy case.

/s/
Matthew T. Christensen

STATEMENT OF NO OBJECTION – PAGE 4
Matter: 6396-024