Jeremy J. Gugino
Bankruptcy Trustee
410 S. Orchard Street, Suite 144
Boise, ID  83705
(208) 342-1590

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>BORUP, DEAN MARVIN<br>BORUP, GAIL SPJUTE<br><br>Debtor(s) | CHAPTER 7<br><br>CASE NO.  10-02943-JDP<br><br>APPLICATION FOR COMPENSATION<br>OF ROGER CLUBB, ACCOUNTANT |

**Notice of Application to Compensate Accountant and Opportunity to Object and for a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of service of this notice.  If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

## Application

The undersigned in support of this application for compensation represents to the Court as follows:

1. Roger Clubb ("Accountant") has been employed by the Trustee for the above-entitled case and the employment has been approved by the Court effective July 19, 2012.

2. Accountant does not represent any interest that is adverse to the Trustee or the estate of the debtor.

3. Accountant has not acquired an interest directly or indirectly in any property of the estate.

4. Accountant requests compensation in the amount of $1,667.50. No reimbursement for expenses is requested.

5. Attached hereto is a detailed statement in support of this application setting forth the date services were provided, a description of services provided and time expended providing said services.

DATED: June 18, 2013

/s/ Jeremy J. Gugino
Jeremy J. Gugino, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing Application for Compensation of Roger Clubb, Accountant with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

**\*Electronic Notification**

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

D BLAIR CLARK
1513 Tyrell Lane
BOISE, ID 83706

*Served by U.S. MAIL*

BORUP, DEAN MARVIN
BORUP, GAIL SPJUTE
11300 CHICKADEE DR
BOISE, ID  83709

/S/  Jeremy J. Gugino
Chapter 7 Bankruptcy Trustee
*Date: June 18, 2013*