# SIMMONS AND CLUBB
## CERTIFIED PUBLIC ACCOUNTANTS

*A PROFESSIONAL COMPANY*
410 S. ORCHARD • SUITE 156
BOISE, IDAHO 83705

Telephone
(208) 336-6800

FAX (208) 343-2381

Member American Institute
of Certified Public Accountants

```
DEAN AND GAIL BORUP BANKRUPTCY          INVOICE NO.:  0020176-IN
C/O JEREMY GUGINO, TRUSTEE                     DATE:  06/17/13
410 S. ORCHARD, SUITE 144               CLIENT CODE:  40000D
BOISE, ID  83705

----------------------------------------------------------------
FOR PROFESSIONAL SERVICES RENDERED:
----------------------------------------------------------------


ACCOUNTING SERVICES PER ATTACHED
DETAILED SUMMARY.


                                         AMOUNT DUE:    1667.50




                    PAYMENT DUE UPON RECEIPT
================================================================
  CURRENT       OVER 30      OVER 60      OVER 90    OVER 120   BALANCE DUE

  1667.50                                                          1667.50
```

**FINANCE CHARGE:** Periodical rate 1.00% • Annual rate 12% applied to accounts over 30 days

# Dean and Gail Borup Bankruptcy Estate
*Recap of Services Performed*
*May and June, 2013*

| Date | By | Hours | Rate | Total Charged | Description of Service Performed |
|---|---|---|---|---|---|
| 05/22/13 | RC | 2.50 | 165.00 | 412.50 | Gather closing statements, schedule bank account activity |
| 05/23/13 | RC | 2.50 | 165.00 | 412.50 | continue accounting, request basis information from Trustee |
| 06/11/13 | RC | 4.00 | 165.00 | 660.00 | Finish accounting, clarify questions with Tristee, prepare 2012 returns |
| 06/11/13 | RC | 0.50 | 165.00 | 82.50 | Prepare prompt assessment notices for Federal returns |
| 06/13/13 | MP | 0.40 | 85.00 | 34.00 | Review Returns |
| 06/17/13 | RC | 0.40 | 165.00 | 66.00 | Final Review and Sign returns, deliver to Trustee |
|  |  |  |  | 0.00 |  |
|  |  |  |  | 0.00 |  |
|  |  |  |  | 0.00 |  |
|  |  |  |  | 0.00 |  |
|  |  | 10.30 |  | 1667.50 | Total invoice amount |