UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

BORUP, DEAN MARVIN
BORUP, GAIL SPJUTE

CHAPTER 7

Debtor(s)

CASE NO : 10-02943 JDP

ORDER APPROVING APPLICATION FOR COMPENSATION
OF ROGER CLUBB AS ACCOUNTANT

The Accountant for the Chapter 7 Trustee, Roger Clubb of Simmons & Clubb, did file an Application for compensation with the Court.  No objections were filed to the Application.

Now therefore:  IT IS ORDERED that the Application for Compensation of Accountant for Roger Clubb of Simmons & Clubb is approved for compensation in the amount of $1,667.50.  No reimbursement for expenses was requested.

The compensation is hereby approved without notice to creditors, subject to final review after notice to creditors of Trustee's Final Report and Accounting.

// end of text //

Dated:  July 15, 2013

Honorable Jim D. Pappas
United States Bankruptcy Judge

Order submitted by Jeremy J. Gugino, Chapter 7 Bankruptcy Trustee