# Metropolitan REAL ESTATE

Office: 362-2027

7080 Sorenson Drive • Boise, Idaho 83709

Cell: 867-2056
Home: ~~362-2269~~

August 12, 2013

Mr. Jeremy Gugino
U.S. Bankruptcy Trustee
410 S. Orchard Ste 144
Boise ID 83705

Dear Jeremy,

Per your request listed below is a breakdown of the fees charged to the Borup properties.

| Property | Description of Fees Charged By Metropolitan Real Estate | |
|---|---|---|
| 2472 Kerr Place | Management Fee | $50.01 |
| 8557 Evening Star | Management Fee | $33.75 |
| 6215 Lucky Lane | Trash Removal and Yard Clean up | $199.00 |
| 1730 Fry St | Trash and Yard Clean up | $50.00 |
| | Clean Interior of House (Chris Chapman) | $90.00 |
| | Carpet Cleaning (Capital Cleaning) | $82.50 |
| TOTAL | | 505.26 $~~455.26~~ |

If you have any questions please call me at 362-2027.

Sincerely,

*Jude Gary*
Jude Gary
Broker, Metropolitan Real Estate