# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: BORUP, DEAN MARVIN | § | Case No. 10-02943 |
| BORUP, GAIL SPJUTE | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 10, 2010.  The undersigned trustee was appointed on September 10, 2010.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of                $          1,228,712.26

|  |  |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 33,671.32 |
| Administrative expenses | 259,288.36 |
| Bank service fees | 3,773.69 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 540,674.96 |
| Exemptions paid to the debtor | 8,600.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 382,703.93 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 01/27/2011 and the deadline for filing governmental claims was  / /  .  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $37,221.87.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $37,221.87, for a total compensation of $37,221.87.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $264.36, for total expenses of $264.36.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/23/2013             By:/s/Jeremy Gugino
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-02943 | **Trustee:** (320100)  Jeremy Gugino |
| **Case Name:** BORUP, DEAN MARVIN | **Filed (f) or Converted to (c):** 09/10/10 (f) |
| BORUP, GAIL SPJUTE | **§341(a) Meeting Date:** 10/07/10 |
| **Period Ending:** 09/23/13 | **Claims Bar Date:** 01/27/11 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  11300 Chickadee | 221,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash on hand | 65.00 | 65.00 | | 65.00 | FA |
| 3  Chase Bank- Checking | 20.00 | 5.00 | | 5.00 | FA |
| 4  Zions Bank-Checking | 35.07 | 8.77 | | 8.77 | FA |
| 5  US Bank- Checking | 100.00 | 25.00 | | 25.00 | FA |
| 6  HOUSEHOLD GOODS AND FURNISHINGS | 3,635.00 | 0.00 | | 0.00 | FA |
| 7  Books & DVD's | 620.00 | 0.00 | | 0.00 | FA |
| 8  Clothing | 520.00 | 0.00 | | 0.00 | FA |
| 9  Wedding Rings | 200.00 | 0.00 | | 0.00 | FA |
| 10  Bike & Canoe | 300.00 | 0.00 | | 0.00 | FA |
| 11  Term Life W/ Benificial | 0.00 | 0.00 | | 0.00 | FA |
| 12  401K w/ Entrust Group | 3,003.55 | 0.00 | | 0.00 | FA |
| 13  401K w/Entrust Group | 16.36 | 0.00 | | 0.00 | FA |
| 14  Borup Construction, Inc (no asset business) | 0.00 | 0.00 | | 0.00 | FA |
| 15  TLDK, Inc (No asset business) | 0.00 | 0.00 | | 0.00 | FA |
| 16  Bornett (no asset business) | 0.00 | 0.00 | | 0.00 | FA |
| 17  Borco FLP (No asset business) | 0.00 | 0.00 | | 0.00 | FA |
| 18  2006 Chevrolet Equinox | 10,175.00 | 1,575.00 | | 10,175.00 | FA |
| 19  1995 Chevrolet Van | 2,125.00 | 0.00 | | 0.00 | FA |
| 20  Tools for business | 800.00 | 0.00 | | 0.00 | FA |
| 21  548(a)(1)(B) demand on daughter for piano  (u) | Unknown | Unknown | | 5,400.00 | FA |
| 22  17 gold coins  (u) | Unknown | Unknown | | 28,546.91 | FA |
| 23  P. Charming Inc (manager of 7 Dwarfs)  (u) | 16,923.00 | 16,923.00 | | 0.00 | FA |
| 24  Neilson, Inc (holder of 7 Dwarfs rentals)  (u) | 0.00 | 0.00 | | 4,678.52 | FA |
| 25  Sleepy, LLC  (u) | 365.38 | 365.38 | | 0.00 | FA |
| 26  Happy LLC (foreign exchange company)  (u) | 397.51 | 397.51 | | 0.00 | FA |
| 27  EQueen Family Living Trust  (u) | 16,023.00 | 16,023.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| Case Number: 10-02943 | Trustee: (320100) Jeremy Gugino |
| Case Name: BORUP, DEAN MARVIN | Filed (f) or Converted to (c): 09/10/10 (f) |
| BORUP, GAIL SPJUTE | §341(a) Meeting Date: 10/07/10 |
| Period Ending: 09/23/13 | Claims Bar Date: 01/27/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Unclaimed Property (State of Idaho)  (u) | Unknown | Unknown | | 0.04 | FA |
| 29 | 2010 tax refunds  (u) | Unknown | Unknown | | 130.00 | FA |
| 30 | 85% of 7 Dwarves Zions BA - #6414  (u)<br>    25% of this asset to special counsel for contingency<br>fee per compromise motion | Unknown | Unknown | | 44.19 | FA |
| 31 | 85% of Doc, LLC Zions BA - #6316  (u)<br>    25% of this asset to special counsel for contingency<br>fee per compromise motion | Unknown | Unknown | | 807.54 | FA |
| 32 | 85% of P Charming Sterling Savings BA - #404  (u)<br>    25% of this asset to special counsel for contingency<br>fee per compromise motion | Unknown | Unknown | | 4.25 | FA |
| 33 | 85% of Zion's Bank - 7 Dwarves, LP  (u) | Unknown | Unknown | | 5,674.76 | FA |
| 34 | 85% of Happy, LLC - Zion's Bank  (u) | Unknown | Unknown | | 50.63 | FA |
| 35 | 85% of 7 Dwarves, LP - Banner Bank  (u) | Unknown | Unknown | | 929.70 | FA |
| 36 | 50% interest in 7932 W. Grubstake Drive  (u) | Unknown | Unknown | | 93,000.00 | FA |
| 37 | 50% interest in 2112 -2116 Sunset Drive  (u) | Unknown | Unknown | | 170,031.35 | FA |
| 38 | Rent from joint/debtor-owned property  (u) | Unknown | N/A | | 40,380.26 | FA |
| 39 | Reimbursement for property expenses  (u) | Unknown | Unknown | | 1,114.85 | FA |
| 40 | 2615 W. Edson Street  (u) | Unknown | Unknown | | 95,236.65 | FA |
| 41 | 2312 S. Atlantic Street  (u) | Unknown | Unknown | OA | 0.00 | FA |
| 42 | 1617 W. Targee Street  (u) | Unknown | Unknown | OA | 0.00 | FA |
| 43 | 50% interest in 6215 W. Lucky Lane  (u)<br>    "Other costs" includes 50% of net proceeds to Case<br>No. 10-02944-TLM | Unknown | Unknown | | 72,616.40 | FA |
| 44 | 50% interest in 2472 S. Kerr Place  (u)<br>    "Other" costs includes 50% interest of Case No.<br>10-02944 | Unknown | Unknown | | 79,500.00 | FA |
| 45 | Rafael Way Parcel  (u)<br>    "other costs" includes debtor's 15% of proceeds and<br>25% of nety proceeds to special counsel | Unknown | Unknown | | 35,000.00 | FA |
| 46 | 50% interest in 2250 N. Meridian Road  (u) | Unknown | Unknown | | 545,000.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| | |
|---|---|
| Case Number: 10-02943 | Trustee: (320100) Jeremy Gugino |
| Case Name: BORUP, DEAN MARVIN | Filed (f) or Converted (c): 09/10/10 (f) |
| BORUP, GAIL SPJUTE | §341(a) Meeting Date: 10/07/10 |
| Period Ending: 09/23/13 | Claims Bar Date: 01/27/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | "other costs" includes 50% interest by case no. 10-02944 plus 15% to debtors and 25% to special counsel | | | | | |
| 47 | Partial refund of Earnest Money - Kerr Street (u)<br>$125 sent to trustee for Case No. 10-02944. "Other Costs" includes 25% sent to special counsel. | Unknown | Unknown | | 250.00 | FA |
| 48 | 50% interest in 1730 Fry Street property (u)<br>"other costs" includes payments to debtors and special counsel | Unknown | Unknown | | 40,036.98 | FA |
| 49 | Rent from Evening Star Property (u) | Unknown | N/A | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.46 | FA |
| 50 | **Assets    Totals (Excluding unknown values)** | **$276,323.87** | **$35,387.66** | | **$1,228,712.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

05/22/13:  Printed Form 2 and property closing statements for Roger

05/14/13:  Sent stop services demand to Boise City Utility billing and forwarded bill to Alan and Margo Permut

03/01/13:  Letter to Borup re: 15% estate share Fry Street  sent to attny

01/02/13:  Returned 25% from sale of Lucky Lane to attny

01/02/13:  LETTER TO ANGSTMAN JOHNSON WITH 25% OF SALE 6215 LUCKY LANE

12/20/12:  sent chk 15% of net proceeds from sale Kerr St sent to attny $10668.23

12/20/12:  sent chk ANGSTMAN JOHNSON WITH 25% OF SALE KERR PL $15113.33

11/27/12:   Sent property tax bills for 2312 S Atlantic and 1617 Targee to Pat Geile

11/13/12:  Returned 15% of rents collected to attny $360.00

11/08/12:  Returned 15% of rents collected to attny $5349.60

09/28/12 Called Nathan at Intermountain Precious Metals LMTC about selling coins

09/24/12:  Withdrew Notice of Sale - 2615 W Edson

09/14/12 Zions bank accts frozen- Matt to try to get someone at Zions to release them

05/23/12 Returned state refund $150 to attny

12/09/11 IRS refund of $626 Jill will do, If not call her- Her case

12/09/10: Filed report of sale - 2006 Chevy Equinox

11/18/10 Crissy at Citibank called 469-220-3004- said they have 3 other properties under this name - no notice given to them and they are not listed in schedules

11/03/10: Notice of Sale - 2006 Chevrolet Equinox - Sale date Dec. 3rd, 2010 @ 1pm

10/20/10: Demand sent to daughter for $5,400.00 for piano.

10/19/10: Demand for $1678.77

Exhibit A

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-02943 | **Trustee:** (320100) Jeremy Gugino |
| **Case Name:** BORUP, DEAN MARVIN | **Filed (f) or Converted (c):** 09/10/10 (f) |
| BORUP, GAIL SPJUTE | **§341(a) Meeting Date:** 10/07/10 |
| **Period Ending:** 09/23/13 | **Claims Bar Date:** 01/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** October 7, 2011 | **Current Projected Date Of Final Report (TFR):** | August 22, 2013  (Actual) |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-02943 | **Trustee:** Jeremy Gugino (320100) |
| **Case Name:** BORUP, DEAN MARVIN | **Bank Name:** The Bank of New York Mellon |
| BORUP, GAIL SPJUTE | **Account:** 9200-******72-65 - Money Market Account |
| **Taxpayer ID #:** **-***0721 | **Blanket Bond:** $78,692,000.00 (per case limit) |
| **Period Ending:** 09/23/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/29/10 | {21} | Valerie Wixom | settlement of fraud. trans. of piano | | 1241-000 | 5,400.00 | | 5,400.00 |
| 11/03/10 | | Dean Borup | Bank accounts and equity in 2006 Chevy Equinox | | | 1,678.77 | | 7,078.77 |
| | {2} | | Cash on hand | 65.00 | 1129-000 | | | 7,078.77 |
| | {3} | | Non exempt bank acct funds | 5.00 | 1129-000 | | | 7,078.77 |
| | {4} | | Non exempt bank acct funds | 8.77 | 1129-000 | | | 7,078.77 |
| | {5} | | Non exempt bank acct funds | 25.00 | 1129-000 | | | 7,078.77 |
| | {18} | | Gross proceeds from sale of Chevy Equinox | 10,175.00 | 1129-000 | | | 7,078.77 |
| | | | Debtor's exemption in Chevy Equinox | -8,600.00 | 8100-002 | | | 7,078.77 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.05 | | 7,078.82 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 7,078.88 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 7,078.94 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.05 | | 7,078.99 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 7,079.05 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.05 | | 7,079.10 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 7,079.16 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.05 | | 7,079.21 |
| 07/08/11 | {28} | Idaho State Tax Commission | unclaimed property | | 1229-000 | 0.04 | | 7,079.25 |
| 07/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.02 | | 7,079.27 |
| 07/13/11 | | To Account #9200******7266 | | | 9999-000 | | 7,079.27 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7,079.27 | 7,079.27 | **$0.00** |
| Less: Bank Transfers | 0.00 | 7,079.27 | |
| **Subtotal** | **7,079.27** | **0.00** | |
| Less: Payments to Debtors | | 8,600.00 | |
| **NET Receipts / Disbursements** | **$7,079.27** | **$-8,600.00** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-02943 |
| **Case Name:** | BORUP, DEAN MARVIN |
| | BORUP, GAIL SPJUTE |
| **Taxpayer ID #:** | **-***0721 |
| **Period Ending:** | 09/23/13 |

| | |
|---|---|
| **Trustee:** | Jeremy Gugino (320100) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******72-66 - Checking Account |
| **Blanket Bond:** | $78,692,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/13/11 | | From Account #9200******7265 | | 9999-000 | 7,079.27 | | 7,079.27 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 7.76 | 7,071.51 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,046.51 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,021.51 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,996.51 |
| 11/02/11 | {29} | Idaho State Tax Commission | tax refund | 1224-000 | 130.00 | | 7,126.51 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,101.51 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,076.51 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,051.51 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,026.51 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,001.51 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,976.51 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,951.51 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,926.51 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,901.51 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,876.51 |
| 09/14/12 | | Dean Borup | 85% of Doc, LLC and P Charming BA's | | 811.79 | | 7,688.30 |
| | {31} | | 807.54 | 1229-000 | | | 7,688.30 |
| | {32} | | 4.25 | 1229-000 | | | 7,688.30 |
| 09/14/12 | {30} | Dean Borup | 85% of 7 Dwarfs LP BA | 1229-000 | 44.19 | | 7,732.49 |
| 09/20/12 | {24} | Rich Crawforth | 50% of 85% of Neilsen, Inc. BA | 1229-000 | 4,678.52 | | 12,411.01 |
| 09/25/12 | 101 | Angstman Johnson & Assoc. | 25% of money collected to date for Doc LLC & P Charming BA, 7 Dwarfs LP, BA | 3210-000 | | 1,383.76 | 11,027.25 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,002.25 |
| 10/10/12 | | Dean Borup | 85% of Zion's BA 7 Dwarves, LP and Zion's BA Happy, LLC | | 5,725.39 | | 16,727.64 |
| | {34} | | 50.63 | 1229-000 | | | 16,727.64 |
| | {33} | | 5,674.76 | 1229-000 | | | 16,727.64 |
| 10/10/12 | {35} | The 7 Dwarves, LP | 85% of Banner Bank account for 7 Dwarves, LP | 1229-000 | 929.70 | | 17,657.34 |
| 10/12/12 | 102 | Angstman Johnson & Assoc. | 25% of Zions BA for 7 Dwarves, LLC & Happy, LLC & Banner Bank BA for 7 Dwarves, LLC | 3210-000 | | 1,663.77 | 15,993.57 |
| 10/24/12 | | First American Title | sale of Grubstake property | | 27,104.88 | | 43,098.45 |
| | {36} | | 93,000.00 | 1210-000 | | | 43,098.45 |
| | | First American Title | Title Insurance        -639.00 | 2500-000 | | | 43,098.45 |
| | | First American Title | Prorated Rents 10/19/12    -335.48<br>to 11/1/2012 | 2500-000 | | | 43,098.45 |

Subtotals :  $46,503.74    $3,405.29

{} Asset reference(s)

Printed: 09/23/2013 04:20 PM   V.13.13

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-02943 | **Trustee:** Jeremy Gugino (320100) |
| **Case Name:** BORUP, DEAN MARVIN | **Bank Name:** The Bank of New York Mellon |
| BORUP, GAIL SPJUTE | **Account:** 9200-******72-66 - Checking Account |
| **Taxpayer ID #:** **-***0721 | **Blanket Bond:** $78,692,000.00  (per case limit) |
| **Period Ending:** 09/23/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Ada County Treaurer | County Tax 10/9/12 ato        -857.06<br>11/1/12 | 2820-000 | | | 43,098.45 |
| | | Silvercreek Realy Group | $1,000 earnest money        -2,325.00<br>held by realtor | 3510-000 | | | 43,098.45 |
| | | Coldwell Banker Tomlinson<br>Group | -2,325.00 | 3510-000 | | | 43,098.45 |
| | | First American Title | Closing costs        -163.00 | 2500-000 | | | 43,098.45 |
| | | Keith and Judy Borup Estate | 15% of net proceeds to        -6,377.62<br>Keith & Judy Borup | 8500-002 | | | 43,098.45 |
| | | Dean and Gai Borup | 15% of net proceeds to        -6,377.62<br>Dean & Gail Borup | 8500-002 | | | 43,098.45 |
| | | Angstman Johnson & Assoc. | 7932 W Grubstake        -9,034.96<br>property | 3210-000 | | | 43,098.45 |
| | | Case #10-02944 | Net proceeds to Case        -36,139.84<br>#10-02944, including 1/2<br>of atty's fees | 8500-002 | | | 43,098.45 |
| | | Ada County Treaurer | 2011 Property tax and        -1,320.54<br>trash account | 2820-000 | | | 43,098.45 |
| 10/25/12 | 103 | Boise City Utility Billing | Trash/sewer for 2472 Kerr Street | 2420-000 | | 27.60 | 43,070.85 |
| 10/26/12 | {22} | Intermountain Precious Metals | sale of 17 gold coins | 1229-000 | 346.91 | | 43,417.76 |
| 10/26/12 | {22} | Intermountain Precious Metals | sale of 17 gold coins | 1229-000 | 28,200.00 | | 71,617.76 |
| 10/30/12 | 104 | Angstman Johnson & Assoc. | 25% of gold coins Deposits 100006-1 and<br>10006-2 | 3210-000 | | 7,136.73 | 64,481.03 |
| 10/31/12 | | First American Title Company | 50% net proceeds from sale of 2112-2116<br>Sunset Drive | | 48,711.12 | | 113,192.15 |
| | {37} | | 170,031.35 | 1210-000 | | | 113,192.15 |
| | | First American Title | Title Insurance        -897.00 | 2500-000 | | | 113,192.15 |
| | | First American Title | Rent @$1550        -1,600.00<br>10/26-10/31 & Rent<br>deposits | 2500-000 | | | 113,192.15 |
| | | Ada County Treaurer | County tax 1/1/12 to        -2,451.14<br>10/26/12 | 2820-000 | | | 113,192.15 |
| | | First American Title | Trash payment to City of        -8.01<br>Boise 10/26/12 to<br>11/1/12 | 2500-000 | | | 113,192.15 |
| | | Silvercreek Realty Group | Realtor's commissions        -4,250.00 | 3510-000 | | | 113,192.15 |
| | | First American Title | Closing costs        -298.00 | 2500-000 | | | 113,192.15 |
| | | Angstman Johnson & Assoc. | 25% to attorney        -16,237.05 | 3210-000 | | | 113,192.15 |

Subtotals :              $77,258.03        $7,164.33

{} Asset reference(s)                                                                                         Printed: 09/23/2013 04:20 PM   V.13.13

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-02943 |
| Case Name: | BORUP, DEAN MARVIN |
| | BORUP, GAIL SPJUTE |
| Taxpayer ID #: | **-***0721 |
| Period Ending: | 09/23/13 |

| | |
|---|---|
| Trustee: | Jeremy Gugino (320100) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****72-66 - Checking Account |
| Blanket Bond: | $78,692,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | Ada County Treaurer | Taxes due through 2011 | -3,295.95 | 2820-000 | | | 113,192.15 |
| | | First American Title | Sewer due through<br>October | -162.00 | 2500-000 | | | 113,192.15 |
| | | Keith and Judy Borup Estate | Money to be paid to<br>Crawforth for estate incl<br>attny | -75,196.81 | 8500-002 | | | 113,192.15 |
| | | Dean and Gai Borup | 15% to Debtors | -11,461.45 | 8500-002 | | | 113,192.15 |
| | | Coldwell Banker Tomlinson<br>Group | Realtor's commissions | -4,250.00 | 3510-000 | | | 113,192.15 |
| | | Keith and Judith Borup | Remainder of 15% of<br>Proceeds to Keith and<br>Judith Borup | -1,212.82 | 8500-002 | | | 113,192.15 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 47.30 | 113,144.85 |
| 11/02/12 | {38} | Cynthia Marble-Lee | rent for Atlantic Street | | 1222-000 | 595.00 | | 113,739.85 |
| 11/05/12 | {38} | Richard Crawforth | accumulated rents for debtor-owned and<br>joint-owned properties | | 1222-000 | 35,069.00 | | 148,808.85 |
| 11/05/12 | {39} | Richard Crawforth | reimbursement for property expenses | | 1290-000 | 13.80 | | 148,822.65 |
| 11/06/12 | 105 | City of Meridian | water/sewage/trash bill for 2250 N. Meridian | | 2420-000 | | 116.13 | 148,706.52 |
| 11/06/12 | 106 | Idaho Power | Electric bill for 2250 N. Meridian Road | | 2420-000 | | 52.70 | 148,653.82 |
| 11/07/12 | 107 | Big Dog Plumbing | winterization of Lucky Lane property | | 2420-000 | | 337.60 | 148,316.22 |
| 11/08/12 | {38} | Dean Borup | rents for Evening Star, Edson | | 1222-000 | 2,400.00 | | 150,716.22 |
| 11/08/12 | {39} | Richard Crawforth | reimbursement of expenses for house<br>repairs/bills | | 1290-000 | 84.42 | | 150,800.64 |
| 11/08/12 | 108 | Angstman Johnson & Assoc. | 25% for rents Deposit 100008-1, 100009-1 &<br>100009-2 | | 3210-000 | | 8,916.00 | 141,884.64 |
| 11/08/12 | 109 | Dean and Gail Borup | 15% of accumulated rents collected on real<br>property assets | | 8500-002 | | 5,349.60 | 136,535.04 |
| 11/09/12 | {39} | Rich Crawforth | reimbursement for expenses re: maintenance<br>of properties | | 1290-000 | 168.80 | | 136,703.84 |
| 11/13/12 | 110 | Angstman Johnson & Assoc. | 25% of rents collected by debtor  Deposit<br>100010-1 | | 3210-000 | | 600.00 | 136,103.84 |
| 11/13/12 | 111 | Dean and Gail Borup | 15% of rents collected on Dean Borup<br>controlled properties | | 8500-002 | | 360.00 | 135,743.84 |
| 11/19/12 | {38} | Metropolitan Real Estate | rent from Kerr Street property | | 1222-000 | 712.50 | | 136,456.34 |
| 11/19/12 | {38} | Metropolitan Real Estate | rent from Evening Star Property | | 1222-000 | 427.50 | | 136,883.84 |
| 11/19/12 | 112 | City of Meridian | | | 2420-000 | | 125.83 | 136,758.01 |
| 11/19/12 | 113 | City of Meridian | | | 2420-000 | | 116.13 | 136,641.88 |
| 11/19/12 | 114 | Idaho Power | | | 2420-000 | | 65.46 | 136,576.42 |

| | | Subtotals : | $39,471.02 | $16,086.75 | |
|---|---|---|---|---|---|

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-02943 | |
| **Case Name:** | BORUP, DEAN MARVIN | |
| | BORUP, GAIL SPJUTE | |
| **Taxpayer ID #:** | **-***0721 | |
| **Period Ending:** | 09/23/13 | |

| | | |
|---|---|---|
| **Trustee:** | Jeremy Gugino (320100) | |
| **Bank Name:** | The Bank of New York Mellon | |
| **Account:** | 9200-******72-66 - Checking Account | |
| **Blanket Bond:** | $78,692,000.00  (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/20/12 | 115 | Idaho Power | | | 2420-000 | | 75.05 | 136,501.37 |
| 11/20/12 | 116 | United Water | | | 2420-000 | | 9.55 | 136,491.82 |
| 11/21/12 | | Stewart Title of Idaho | sale of 2615 W. Edson St. | | | 67,184.06 | | 203,675.88 |
| | {40} | | Gross proceeds from<br>sale of 2615 W Edson St | 95,000.00 | 1210-000 | | | 203,675.88 |
| | {40} | | Prorated sewer and trash<br>credits for Edson St | 236.65 | 1210-000 | | | 203,675.88 |
| | | Ada County Treaurer | Property taxes on 2615<br>W Edson St property | -3,217.50 | 2820-000 | | | 203,675.88 |
| | | Stewart Title Company | Seller credits to buyer for<br>appraisal | -720.00 | 2500-000 | | | 203,675.88 |
| | | Stewart Title Company | Title Insurance | -588.00 | 2500-000 | | | 203,675.88 |
| | | Stewart Title Company | Closing Costs | -305.00 | 2500-000 | | | 203,675.88 |
| | | Wells Fargo Home Mortgage | Payoff first mortgage to<br>Wells Fargo Home<br>Mortgage | -18,472.09 | 4110-000 | | | 203,675.88 |
| | | Coldwell Banker Tomlinson<br>Group | 5% Realtor's commission | -4,750.00 | 3510-000 | | | 203,675.88 |
| 11/23/12 | 117 | Dean and Gail Borup | 15% of rents collected by Metropolitan  Deposit<br>100012-1 & 100012-2 | | 8500-002 | | 171.00 | 203,504.88 |
| 11/23/12 | 118 | Angstman Johnson & Assoc. | 25% of rents collected by Metropolitan Deposit<br>100012-1 & 100012-2 | | 3210-000 | | 285.00 | 203,219.88 |
| 11/26/12 | 119 | Dean and Gail Borup | 15% of sale proceeds from 2615 W. Edson<br>Street | | 8500-002 | | 10,077.61 | 193,142.27 |
| 11/26/12 | 120 | Angstman Johnson & Assoc. | 25% of sale of 2615 Edson Street | | 3210-000 | | 16,796.02 | 176,346.25 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 304.29 | 176,041.96 |
| 12/04/12 | {39} | Richard Crawforth | reimbursement for expenses re: properties | | 1290-000 | 196.03 | | 176,237.99 |
| 12/06/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001032010088<br>20121206 | | 9999-000 | | 176,434.02 | -196.03 |
| 12/14/12 | | Transfer from old BNYM account | | | 9999-000 | 196.03 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 230,808.91 | 230,808.91 | $0.00 |
| Less: Bank Transfers | 7,275.30 | 176,434.02 | |
| **Subtotal** | 223,533.61 | 54,374.89 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$223,533.61** | **$54,374.89** | |

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-02943 |
| **Case Name:** | BORUP, DEAN MARVIN |
| | BORUP, GAIL SPJUTE |
| **Taxpayer ID #:** | **-***0721 |
| **Period Ending:** | 09/23/13 |

| | |
|---|---|
| **Trustee:** | Jeremy Gugino (320100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****041066 - Checking Account |
| **Blanket Bond:** | $78,692,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/07/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | | 9999-000 | 176,434.02 | | 176,434.02 |
| 12/11/12 | | Alliance Title | proceeds from sale of Lucky Lane | | | 32,249.45 | | 208,683.47 |
| | {43} | | Gross proceeds from sale of 6215 Lucky Lane | 72,500.00 | 1210-000 | | | 208,683.47 |
| | {43} | | Prorated taxes and sewer/trash collected from buyers | 116.40 | 1210-000 | | | 208,683.47 |
| | | Coldwell Banker Tomlinson Group | Realtor's commission - 6215 Lucky Ln | -3,625.00 | 3510-000 | | | 208,683.47 |
| | | Alliance Title | Closing Costs | -184.50 | 2500-000 | | | 208,683.47 |
| | | Alliance Title | Title Insurance | -510.50 | 2500-000 | | | 208,683.47 |
| | | Ada County Treaurer | Property Taxes | -3,607.99 | 2820-000 | | | 208,683.47 |
| | | Alliance Title | Prorated sewer/trash - 6215 Lucky Lane | -189.51 | 2500-000 | | | 208,683.47 |
| | | | 50% of Net Proceeds to Case #10-02944-TLM | -32,249.45 | 8500-002 | | | 208,683.47 |
| 12/14/12 | | Borup Dean Marvin | Transfer back to BNYM | | 9999-000 | | 196.03 | 208,487.44 |
| 12/18/12 | | Metropolitan Real Estate | rent from Kerr St. ($237.50); 8557 Evening Star ($427.50) | | | 665.00 | | 209,152.44 |
| | {38} | | | 715.01 | 1222-000 | | | 209,152.44 |
| | | Metropolitan Real Estate | Management Fee | -50.01 | 3991-460 | | | 209,152.44 |
| 12/18/12 | | 2472 S. Kerr Place | 50% proceeds from sale of 2472 S Kerr Place | | | 35,560.77 | | 244,713.21 |
| | {44} | | Gross proceeds from sale of 2472 S Kerr Pl | 79,500.00 | 1210-000 | | | 244,713.21 |
| | | Coldwell Banker Tomlinson Group | Realtor's commission | -3,975.00 | 3510-000 | | | 244,713.21 |
| | | Pioneer Title Company | Title Insurance | -535.00 | 2500-000 | | | 244,713.21 |
| | | Ada County Treaurer | Past Due Property taxes | -2,799.78 | 2820-000 | | | 244,713.21 |
| | | Ada County Treaurer | Prorated 2012 property taxes | -793.33 | 2820-000 | | | 244,713.21 |
| | | Pioneer Title Company | Closing Costs | -235.95 | 2500-000 | | | 244,713.21 |
| | | Pioneer Title Company | Prorated trash/sewer payments | -39.40 | 2500-000 | | | 244,713.21 |
| | | | 50% of net proceeds to case #10-02944-TLM | -35,560.77 | 8500-002 | | | 244,713.21 |
| 12/20/12 | 10121 | Dean and Gail Borup | 15% of net proceeds of sale of 2472 Kerr Place | | 8500-002 | | 10,668.23 | 234,044.98 |

| | | | | Subtotals : | $244,909.24 | $10,864.26 | |

{} Asset reference(s)

Printed: 09/23/2013 04:20 PM    V.13.13

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-02943 |
| Case Name: | BORUP, DEAN MARVIN |
| | BORUP, GAIL SPJUTE |
| Taxpayer ID #: | **-***0721 |
| Period Ending: | 09/23/13 |

| | |
|---|---|
| Trustee: | Jeremy Gugino (320100) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****041066 - Checking Account |
| Blanket Bond: | $78,692,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Stopped on 01/02/13 | | | | | |
| 12/20/12 | 10122 | Angstman Johnson & Assoc. | 25% of net to bankruptcy estate from sale of 2472 Kerr Place | | 3210-000 | | 15,113.33 | 218,931.65 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 293.41 | 218,638.24 |
| 01/02/13 | 10121 | Dean and Gail Borup | 15% of net proceeds from sale of 2472 Kerr Place | | 8500-002 | | -10,668.23 | 229,306.47 |
| | | | Stopped: check issued on 12/20/12 | | | | | |
| 01/02/13 | 10123 | Dean and Gail Borup | 15% of net proceeds from sale of 6215 Lucky Lane | | 8500-002 | | 4,837.42 | 224,469.05 |
| 01/02/13 | 10124 | Angstman Johnson & Assoc. | 25% of net proceeds of 6215 Lucky Lane | | 3210-000 | | 6,853.01 | 217,616.04 |
| 01/02/13 | 10125 | Dean and Gail Borup | 15% of net proceeds from sale of 2472 South Kerr Place | | 8500-002 | | 5,334.12 | 212,281.92 |
| 01/10/13 | | Angstman Johnson & Assoc. | reimbursement of overpayment for Kerr property | | 3210-000 | | -7,556.66 | 219,838.58 |
| 01/15/13 | | First American Title & Escrow Company | sale of Rafael Way property | | | 28,594.89 | | 248,433.47 |
| | {45} | | Gross proceeds from | 35,000.00 | 1210-000 | | | 248,433.47 |
| | | | sale of 7903 Rafael Way | | | | | |
| | | Coldwell Banker Tomlinson Group | 10% Realtors' Commissions | -3,500.00 | 3510-000 | | | 248,433.47 |
| | | | Closing Fees | -150.00 | 2500-000 | | | 248,433.47 |
| | | | Title Insurance | -383.00 | 2500-000 | | | 248,433.47 |
| | | | Past Due Property Taxes | -1,920.44 | 4700-000 | | | 248,433.47 |
| | | | Irrigation Assessments | -83.77 | 2500-000 | | | 248,433.47 |
| | | | HOA Dues | -367.90 | 2500-000 | | | 248,433.47 |
| 01/17/13 | 10126 | Dean and Gail Borup | 15% of net proceeds from Rafael Way sale | | 8500-002 | | 4,289.23 | 244,144.24 |
| 01/17/13 | 10127 | Angstman Johnson & Assoc. | 25% of net proceeds from Rafael Way sale | | 3210-000 | | 6,076.41 | 238,067.83 |
| 01/22/13 | | Fidelity National Title | sale of Meridian Rd. property | | | 211,406.43 | | 449,474.26 |
| | {46} | | Gross proceeds from | 545,000.00 | 1210-000 | | | 449,474.26 |
| | | | sale of Meridian Rd property | | | | | |
| | | Coldwell Banker Tomlinson Group | Realtor's commissions (5%) | -27,250.00 | 3510-000 | | | 449,474.26 |
| | | | Prorated 2013 Property taxes | -368.24 | 2820-000 | | | 449,474.26 |
| | | | Closing fees | -700.00 | 2500-000 | | | 449,474.26 |
| | | | Title Insurance | -1,934.00 | 2500-000 | | | 449,474.26 |

Subtotals : $240,001.32 $24,572.04

Exhibit B

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-02943 | |
| **Case Name:** | BORUP, DEAN MARVIN | |
| | BORUP, GAIL SPJUTE | |
| **Taxpayer ID #:** | **-***0721 | |
| **Period Ending:** | 09/23/13 | |

| | |
|---|---|
| **Trustee:** | Jeremy Gugino (320100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****041066 - Checking Account |
| **Blanket Bond:** | $78,692,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 2011-2012 Property          -16,679.08<br>Taxes | 2820-000 | | | 449,474.26 |
| | | | 2011-2012 Irrigation           -641.78<br>assessments | 2820-000 | | | 449,474.26 |
| | | | 50% of net proceeds to     -248,713.45<br>bankruptcy case<br>10-02944 | 8500-002 | | | 449,474.26 |
| | | | 15% of Net to Dean &        -37,307.02<br>Gail Borup | 8500-002 | | | 449,474.26 |
| 01/22/13 | | Metropolitan Real Estate | rent from Evening Star property | | 427.50 | | 449,901.76 |
| | {38} | | | 1222-000 | 461.25 | | 449,901.76 |
| | | Metropolitan Real Estate | Management Fee          -33.75 | 3991-460 | | | 449,901.76 |
| 01/22/13 | 10128 | Twin Cities Electric, Inc. | Electrical Repairs to Kerr Street property | 2420-000 | | 141.75 | 449,760.01 |
| 01/22/13 | 10129 | Idaho Power | Electric bill for Fry Street property | 2420-000 | | 40.06 | 449,719.95 |
| 01/23/13 | | Richard Crawforth | reimbursement of 50% of expense for jointly<br>owned properties | | 90.91 | | 449,810.86 |
| | {39} | | 6215 Lucky Lane - Trash        289.91<br>Removel and clean up<br>etc | 1290-000 | | | 449,810.86 |
| | | Metropolitan Real Estate | Trash removal and clean         -199.00<br>up | 3992-470 | | | 449,810.86 |
| 01/25/13 | 10130 | Angstman Johnson & Assoc. | 25% of rent collected on 8559 Evening Star<br>Property | 3210-000 | | 106.88 | 449,703.98 |
| 01/25/13 | 10131 | Angstman Johnson & Assoc. | 25% of net proceeds of sale of Meridian Road<br>Property | 3210-000 | | 52,851.61 | 396,852.37 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 466.59 | 396,385.78 |
| 02/01/13 | 10132 | Boise City Utility Billing | trash bill for 1730 N. Fry Street | 2420-000 | | 63.47 | 396,322.31 |
| 02/05/13 | {47} | Stewart Title Company | partial refund of escrow on Kerr Street property | 1229-000 | 250.00 | | 396,572.31 |
| 02/05/13 | {39} | Richard Crawforth | reimbursement for bill related to Fry Street<br>property | 1290-000 | 31.74 | | 396,604.05 |
| 02/08/13 | 10133 | Richard Crawforth | 50% of returned earnest money from Fry Street<br>property | 8500-002 | | 125.00 | 396,479.05 |
| 02/08/13 | 10134 | Angstman Johnson & Assoc. | 25% of estate's share of earnest money return<br>from Fry Street property | 3210-000 | | 31.25 | 396,447.80 |
| 02/21/13 | 10135 | United Water | water bill for 1730 N. Fry Street property | 2420-000 | | 21.20 | 396,426.60 |
| 02/26/13 | | First American Title Company | 50% Net proceeds from Fry Street sale | | 16,986.20 | | 413,412.80 |
| | {48} | | Gross Sale Price for          40,000.00<br>Property | 1210-000 | | | 413,412.80 |

| | | | Subtotals : | | $17,786.35 | $53,847.81 | |

{} Asset reference(s)

Printed: 09/23/2013 04:20 PM    V.13.13

Exhibit B

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-02943 |
| **Case Name:** | BORUP, DEAN MARVIN |
| | BORUP, GAIL SPJUTE |
| **Taxpayer ID #:** | **-***0721 |
| **Period Ending:** | 09/23/13 |

| | |
|---|---|
| **Trustee:** | Jeremy Gugino (320100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****041066 - Checking Account |
| **Blanket Bond:** | $78,692,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {48} | | Credits for prepaid trash   36.98<br>and sewer | 1210-000 | | | 413,412.80 |
| | | Coldwell Banker Tomlinson Group | Realtor's commission   -2,000.00 | 3510-000 | | | 413,412.80 |
| | | | 2013 Prorated property   -212.56<br>taxes | 2500-000 | | | 413,412.80 |
| | | | Closing Costs   -163.00 | 2500-000 | | | 413,412.80 |
| | | | Title Insurance   -413.00 | 2500-000 | | | 413,412.80 |
| | | | 2011 & 2012 Property   -3,187.02<br>Taxes | 2500-000 | | | 413,412.80 |
| | | | Sewer costs through   -89.00<br>April | 2500-000 | | | 413,412.80 |
| | | | 50% Net proceeds to   -16,986.20<br>case #10-02944 | 8500-002 | | | 413,412.80 |
| 02/27/13 | {39} | Richard Crawforth | reimbursement for Fry Street expense | 1290-000 | 10.60 | | 413,423.40 |
| 02/28/13 | 10136 | Dean and Gail Borup | 15% of estate's share of 1730 N. Fry Street<br>sale | 8500-002 | | 2,547.93 | 410,875.47 |
| 02/28/13 | 10137 | Angstman Johnson & Assoc. | 25% of estate's share of 1730 N. Fry Street<br>sale | 3210-000 | | 4,246.55 | 406,628.92 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 533.07 | 406,095.85 |
| 03/04/13 | 10138 | Idaho Power | electric bill for 1730 N. Fry Street | 2420-000 | | 194.10 | 405,901.75 |
| 03/06/13 | | Richard Crawforth | reimbursement of expenses for Fry St. property | | 97.05 | | 405,998.80 |
| | {39} | | 319.55 | 1290-000 | | | 405,998.80 |
| | | Metropolitan Realty | Reimbursement to   -222.50<br>Metropolitan - for trash<br>removal etc. | 3992-470 | | | 405,998.80 |
| 03/15/13 | 10139 | Boise City Utility Billing | trash service for 1730 N. Fry Street<br>Voided on 03/15/13 | 2420-000 | | 28.39 | 405,970.41 |
| 03/15/13 | 10139 | Boise City Utility Billing | trash service for 1730 N. Fry Street<br>Voided: check issued on 03/15/13 | 2420-000 | | -28.39 | 405,998.80 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 568.90 | 405,429.90 |
| 04/18/13 | 10140 | Internal Revenue Service | Ref # 5169 | 5800-000 | | 13,278.79 | 392,151.11 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 621.39 | 391,529.72 |
| 05/22/13 | 10141 | Angstman Johnson & Assoc. | Docket #268 Fees and costs | 3220-000 | | 6,577.31 | 384,952.41 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 580.98 | 384,371.43 |
| 07/16/13 | 10142 | Simmons & Clubb | Order for compensation docket #273 | 3310-000 | | 1,667.50 | 382,703.93 |

Subtotals :   $107.65   $30,816.52

{} Asset reference(s)   Printed: 09/23/2013 04:20 PM   V.13.13

Exhibit B

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-02943 | |
| Case Name: | BORUP, DEAN MARVIN | |
| | BORUP, GAIL SPJUTE | |
| Taxpayer ID #: | **-***0721 | |
| Period Ending: | 09/23/13 | |

| | |
|---|---|
| Trustee: | Jeremy Gugino (320100) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****041066 - Checking Account |
| Blanket Bond: | $78,692,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 502,804.56 | 120,100.63 | $382,703.93 |
| | | | Less: Bank Transfers | | 176,434.02 | 196.03 | |
| | | | Subtotal | | 326,370.54 | 119,904.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $326,370.54 | $119,904.60 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-*****72-65 | 7,079.27 | -8,600.00 | 0.00 |
| Checking # 9200-*****72-66 | 223,533.61 | 54,374.89 | 0.00 |
| Checking # ****041066 | 326,370.54 | 119,904.60 | 382,703.93 |
| | $556,983.42 | $174,279.49 | $382,703.93 |

{} Asset reference(s)

Printed: 09/23/2013 04:20 PM    V.13.13

Printed:  09/23/13 04:21 PM                                                                                        Page:  1

# Claims Register

### Case:  10-02943    BORUP, DEAN MARVIN

Claims Bar Date:  01/27/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Jeremy Gugino<br>410 S Orchard ST.<br>Suite 144<br>Boise, ID 83705<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>09/10/10 | | $37,221.87<br>$37,221.87 | $0.00 | $37,221.87 |
| | Jeremy Gugino<br>410 S Orchard ST.<br>Suite 144<br>Boise, ID 83705<br><2200-00  Trustee Expenses>,  200 | Admin Ch.  7<br>09/10/10 | | $264.36<br>$264.36 | $0.00 | $264.36 |
| | Idaho Power<br>P.O. Box 34966<br><br>Seattle, WA 98124-1966<br><2420-00  Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>,  200 | Admin Ch.  7<br>09/10/10 | Electric bill for Fry Street Property | $234.16<br>$234.16 | $234.16 | $0.00 |
| | Twin Cities Electric, Inc.<br>2918 East Linden Street<br><br>Boise, ID 83709<br><2420-00  Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>,  200 | Admin Ch.  7<br>09/10/10 | Electrical repairs to Kerr Street property | $141.75<br>$141.75 | $141.75 | $0.00 |
| | United Water<br>P.O. Box 371804<br><br>Pittsburgh, PA 15250-7804<br><2420-00  Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>,  200 | Admin Ch.  7<br>09/10/10 | Water bill for 1730 North Fry Street property | $21.20<br>$21.20 | $21.20 | $0.00 |
| | Angstman Johnson & Assoc.<br>3649 Lakeharbor Lane<br><br>Boise, ID 83703<br><3210-00  Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>09/10/10 | 25% of all monies collected | $146,352.98<br>$146,352.98 | $139,775.67 | $6,577.31 |
| | Simmons & Clubb<br>410 South Orchard Street<br>Suite 156<br>Boise, ID 83705<br><3310-00  Accountant for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>09/10/10 | tax returns for estate | $1,667.50<br>$1,667.50 | $1,667.50 | $0.00 |
| | Coldwell Banker Tomlinson Group | Admin Ch.  7<br>09/10/10 | 10/24/12  $2325  Grubstake Property<br>10/31/12  $4250  2112-2116 Sunset Property<br>11/21/12  $4750  2615 W Edson Property<br>12/12/12  $3625  Lucky Lane Property<br>12/18/12  $3975  2472 S Kerr Place Property | $51,675.00<br>$51,675.00 | $51,675.00 | $0.00 |

# Claims Register

## Case:  10-02943    BORUP, DEAN MARVIN

Claims Bar Date:   01/27/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | 1/15/13  $3500  Rafael Way Property | | | |
| | | | 1/22/13  $27,250  Meridian Road Property | | | |
| | | | 2/26/13  $2000  Fry St. Property | | | |
| | <3510-00  Realtor for Trustee Fees (Real Estate Commissions)>,  200 | | | | | |
| | Silvercreek Realty Group | Admin Ch.  7 09/10/10 | | $6,575.00 $6,575.00 | $6,575.00 | $0.00 |
| | | | 10/24/12 $2,325  Sunset Ave. Property | | | |
| | | | 10/31/12 $3,825  Grubstake Property | | | |
| | <3510-00  Realtor for Trustee Fees (Real Estate Commissions)>,  200 | | | | | |
| | Metropolitan Real Estate Attn: Jude Gary 7080 West Sorensen Drive Boise, ID 83709 | Admin Ch.  7 09/10/10 | | $83.76 $83.76 | $83.76 | $0.00 |
| | | | Management Fee- 2472 Kerr Place  50.01 | | | |
| | | | Management Fee- 8557 Evening Star  33.75 | | | |
| | <3991-46  Management Company for Trustee Fees (Other)>,  200 | | | | | |
| | Metropolitan Real Estate Attn: Jude Gary 7080 West Sorensen Drive Boise, ID 83709 | Admin Ch.  7 09/10/10 | | $421.50 $421.50 | $421.50 | $0.00 |
| | <3992-47  Management Company for Trustee Expenses (Other)>,  200 | | | | | |
| 1 | Bank of the Cascades c/o Randall A. Peterman PO Box 829 Boise, ID 83702 | Unsecured 10/21/10 | 6125 jjg-ok | $696,961.34 $696,961.34 | $0.00 | $696,961.34 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 2 | Home Federal Bank c/o Perry Law PC P O Box 637 Boise, ID 83701-0637 | Unsecured 11/11/10 | 4670 jjg-ok | $767,072.48 $767,072.48 | $0.00 | $767,072.48 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 3 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured 11/13/10 | 1152 jjg-ok  11/12/12  Claim withdrawn | $0.00 $0.00 | $0.00 | $0.00 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4P-2 | Internal Revenue Service P O Box 7317 Philadelphia, PA 19101-7317 | Priority 02/26/13 | 5169 02/26/13 Claim amended | $13,278.79 $13,278.79 | $13,278.79 | $0.00 |
| | <5800-00  Claims of Governmental Units>,  570 | | | | | |

# Claims Register

## Case:  10-02943    BORUP, DEAN MARVIN

Claims Bar Date:   01/27/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Resurgent Capital Services | Unsecured | 5329 | $258.80 | $0.00 | $258.80 |
|  |  | 12/09/10 |  | $258.80 |  |  |
|  | PO Box 19008 |  | jjg-ok  Collecting for Citibank |  |  |  |
|  | Greenville, SC 29602 |  |  |  |  |  |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |  |  |  |
| WF | Wells Fargo Home Mortgage | Secured |  | $18,472.09 | $18,472.09 | $0.00 |
|  |  | 09/10/10 |  | $18,472.09 |  |  |
|  | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 |  |  |  |  |  |
| 4PEN-2 | Internal Revenue Service | Unsecured | 5169 | $12,933.40 | $0.00 | $12,933.40 |
|  | P O Box 21125 | 02/26/12 |  | $12,933.40 |  |  |
|  |  |  | jjg-ok  02/26/13 Amended claim |  |  |  |
|  | Philadelphia, PA 19114 |  |  |  |  |  |
|  | <7300-00   Fines, Penalties § 726(a)(4)>,  630 |  |  |  |  |  |

|  |  |  |  | Case Total: | $232,346.42 | $1,521,289.56 |
|---|---|---|---|---|---|---|

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-02943
Case Name: BORUP, DEAN MARVIN
Trustee Name: Jeremy Gugino

**Balance on hand:**      $      382,703.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:      $      0.00
Remaining balance:      $      382,703.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jeremy Gugino | 37,221.87 | 0.00 | 37,221.87 |
| Trustee, Expenses - Jeremy Gugino | 264.36 | 0.00 | 264.36 |
| Attorney for Trustee, Fees - Angstman Johnson & Assoc. | 146,352.98 | 139,775.67 | 6,577.31 |

Total to be paid for chapter 7 administration expenses:      $      44,063.54
Remaining balance:      $      338,640.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:      $      0.00
Remaining balance:      $      338,640.39

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,278.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P-2 | Internal Revenue Service | 13,278.79 | 13,278.79 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 338,640.39 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,464,292.62 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bank of the Cascades | 696,961.34 | 0.00 | 161,183.13 |
| 2 | Home Federal Bank | 767,072.48 | 0.00 | 177,397.41 |
| 5 | Resurgent Capital Services | 258.80 | 0.00 | 59.85 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 338,640.39 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 12,933.40 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4PEN-2 | Internal Revenue Service | 12,933.40 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**