Jeremy J. Gugino
Chapter 7 Bankruptcy Trustee
410 S Orchard St.
Suite 144
Boise, ID  83705
(208) 342-1590
gugino@cableone.net

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO**

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| BORUP, DEAN MARVIN | ) | CASE NO.  10-02943 |
| BORUP, GAIL SPJUTE | ) | |
| | ) | NOTICE OF HEARING |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| _____ ) | | |

**NOTICE OF HEARING**

YOU WILL PLEASE TAKE NOTICE that the Trustee will bring his Application for Compensation on for hearing before the U.S. Bankruptcy Court, Federal Building, 5th Floor Courtroom, 550 W. Fort St., Boise, Idaho on the 1st day of October, 2013 at the hour of 9:30 a.m. or as soon thereafter as the matter can be heard.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before the date of the hearing you or your attorney must:

> *If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the time and date of the hearing stated above and a copy of your response must be mailed to the United States Trustee.*

> *Or, you can attend the scheduled hearing and present your views or support your filed response at that time.*

Date:  September 26, 2013                                         /S/  Jeremy J. Gugino
                                                                                    Chapter 7 Bankruptcy Trustee

# CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

D BLAIR CLARK
1513 Tyrell Lane
BOISE, ID 83706

*Served by U.S. MAIL*

/S/  Jeremy J. Gugino
Chapter 7 Bankruptcy Trustee
*Date: September 26, 2013*