Jeremy J. Gugino  
Chapter 7 Bankruptcy Trustee  
410 S Orchard St.  
Suite 144  
Boise, ID 83705  
(208) 342-1590  
gugino@cableone.net  

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In Re: | CHAPTER 7 |
|---|---|
| BORUP, DEAN MARVIN<br>BORUP, GAIL SPJUTE | CASE NO. 10-02943-JDP |
| | **SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF TRUSTEE FEES** |
| Debtors. | |

STATE OF IDAHO     )  
                          ) ss.  
County of Ada     )

I, Jeremy J. Gugino, after being first duly sworn upon oath deposes and states as follows:

1. I am over the age of 18 and competent to testify as to the facts set forth herein.

2. The facts set forth herein are based on the Trustee's personal knowledge.

3. During the course of this case, Trustee sold several pieces of real property which were jointly owned by the Bankruptcy estate of Keith and Judith Borup (10-02944-TLM).

4. After reviewing his records, Trustee certifies that none of the jointly-owned properties were subject to deeds of trust, mortgages, liens or any other secured encumbrances.

Date: October 1, 2013

/s/ _____  
Jeremy J. Gugino, Trustee

AFFIDAVIT 10-02943-JDP

**SUBSCRIBED AND SWORN** to before me this 1st day of October, 2013.



Notary Public for Idaho
Residing at Boise, Idaho
Commission expires: July 31, 2018

AFFIDAVIT 10-02943-JDP

Case 10-02943-JDP    Doc 289    Filed 10/01/13    Entered 10/01/13 10:35:03    Desc Main
                                    Document      Page 3 of 3


## CERTIFICATE OF SERVICE

      I hereby certify that on this date as indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

U.S. TRUSTEE
ECF: ustp.region18.bs.ecf@usdoj.gov

D BLAIR CLARK
1513 Tyrell Lane
BOISE, ID 83706

*Served by U.S. MAIL*

/S/ Jeremy J. Gugino
Chapter 7 Bankruptcy Trustee
Date: October 1, 2013