UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | |
| BORUP, DEAN MARVIN ) | Case No. 10-02943 JDP |
| BORUP, GAIL SPJUTE ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |
| ) | |

ORDER ALLOWING TRUSTEE'S FINAL REPORT
AND DIRECTING DISTRIBUTION

The Trustee having filed a Final Report and an Application for Compensation and Reimbursement of Expenses, and notice thereof having been given to all creditors, and no objections having been made thereto by any party in interest,

IT IS ORDERED that the Final Report of the Trustee is APPROVED.

IT IS FURTHER ORDERED that compensation to the trustee for services rendered and reimbursement to the trustee for expenses incurred are allowed as follows:

| | COMPENSATION | EXPENSES |
|---|---|---|
| Jeremy Gugino | $ 37,221.87 | $ 264.36 |

IT IS FURTHER ORDERED that the Trustee disburse the funds remaining in the estate as provided in the Final Report.

//end of text//

Dated: October 1, 2013

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Order submitted by Jeremy Gugino, Chapter 7 Trustee